Argued July 22, affirmed July 22, 1971

STATE OF OREGON, *Respondent, v.*
HARRY RAY MILLER, *Appellant.*
487 P2d 100

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Affirmed from the bench.